IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF THE UNITED STATES

HOUSTON DIVISION

GARCIA GLEN WHITE           *

PETITIONER

V.                          * CASE NUMBER 4:02-CV-01805

GARY JOHNSON, Director

Texas Department of Criminal

Justice, Institutional Division    *

## NOTICE OF APPERANCE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Patrick F. McCann and Julia Bella Attorneys at law and files this Notice of Appearance on all pending charges for Defendant Garcia Glen White in the above mentioned cause number. All communications from the court including pleadings, filings and settings shall be sent to the undersigned. Undersigned counsel agrees to notify the courts of any future changes in address, phone, fax or email in a timely manner.

Respectfully submitted,
/s/ Patrick F. McCann
Patrick F. McCann
Attorney for Defendant Garcia Glenn White
SBN 00792680
700 Louisiana, Ste 3950
Houston, TX 77002
(832)390-2731
writlawyer@outlook.com

Respectfully submitted,
/s/ Julia Bella
Julia Bella
Attorney for Defendant Garcia Glenn White
SBN 24035099
503 FM 359, Ste. 130
Richmond, TX 77406
julia@jbellalaw.com
Tel: (832) 757-9799
Fax: (832) 201-9926