IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARCIA GLENN WHITE, § | |
|     *Petitioner*, § | |
| § | |
| v. § | |
| § | CIV. ACT. NO. 4:02-CV-1805 |
| BOBBY LUMPKIN, Director, § | (Death Penalty Case) |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions, § | |
| Division, § | |
|     *Respondent*. § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

This is a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Garcia Glenn White. The undersigned attorney enters this appearance of counsel on behalf of Respondent Bobby Lumpkin and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        JOSH RENO
        Deputy Attorney General
        For Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

| | |
|---|---|
| *Attorney-in-Charge | s/ Jay Clendenin<br>*JAY CLENDENIN<br>Assistant Attorney General<br>State Bar No. 24059589<br><br>Post Office Box 12548, Capitol Station<br>Austin, Texas 78711<br>Tel: (512) 936-1400<br>jay.clendenin@oag.texas.gov<br><br>*Counsel for Respondent* |

## CERTIFICATE OF SERVICE

I do hereby certify that on September 12, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

| | |
|---|---|
| Patrick McCann<br>700 Louisiana, Suite 3950<br>Houston, Texas 77002<br>writlawyer@outlook.com | Julia Bella<br>503 FM 359, Suite 130<br>Richmond, Texas 77406<br>julia@jbellalaw.com |

s/ Jay Clendenin<br>
JAY CLENDENIN<br>
Assistant Attorney General

2