UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARCIA GLENN WHITE,<br>    *Petitioner*, | §<br>§<br>§ | No. 04:02-CV-01805<br><br>Capital Case |
| v. | §<br>§<br>§ | |
| BRYAN COLLIER,<br>    Executive Director of Texas<br>    Department of Criminal Justice<br>    Institutional Division,<br>    *Respondent* | §<br>§<br>§<br>§<br>§ | Execution set for<br>October 1, 2024 |

## REQUEST FOR HEARING ON EMERGENCY OPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE COURT:

On September 13, 2024, attorneys employed by the Capital Habeas Unit (CHU) of the Federal Defender's Office for the Western District of Texas filed a motion to substitute counsel in this matter. The Office of the Attorney General opposes the CHU's motion. Counsel for Garcia Glenn White requests that the Honorable Court set this matter for an emergency hearing.

Respectfully Submitted,

The Law Offices of Patrick F. McCann
700 Louisiana St., Ste. 3950
Houston, TX  77002
Tel: (713) 444-2826
Email: writlawyer@outlook.com


By: __/s/_Patrick F. McCann_____
    Attorney for Garcia Glenn White
    SBN: 00792680

The Law Office of Julia Bella, PLLC
503 FM 359, Ste. 130
Richmond, TX  77406

Tel: (832) 757-9799
Email: julia@jbellalaw.com

By: __/s/ Julia Bella_____
Attorney for Garcia Glenn White
SBN 24035099

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on September 13, 2024, I electronically filed the foregoing request for hearing with the Clerk of the Court using the CM/EMF system and served the following parties with notice of the filing:

Jay Clendenin
Office of the Attorney General of Texas
300 W. 15th St., 8th Floor
Austin, TX  78701
(512) 936-1400
Email: jay.clendenin@oag.texas.org

Tivon Schardl
Federal Public Defender for the Western District of Texas
919 Congress Ave., Ste. 950
Austin, TX 78701
(737) 207-3997
Tivon_Schardl@fd.org

By: _____/s/ Patrick F. McCann_____
Attorney for Garcia Glenn White
SBN: 00792680

By: _____/s/ Julia Bella_____
Attorney for Garcia Glenn White
SBN: 24035099